**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CR. CR 05 67S** |
| | : | |
| **v.** | : | **In Violation of** |
| | : | **21 U.S.C. §841(a)(1)** |
| | : | **and (b)(1)(B)** |
| **GUILLERMO ORNELAS** | : | |

**INDICTMENT**

The Grand Jury charges that:

On or about May 10, 2005, in the District of Rhode Island, the defendant, GUILLERMO ORNELAS, did knowingly and intentionally possess with the intent to distribute five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of 21 U.S.C. §§841(a)(1) and (b)(1)(B).

ROBERT CLARK CORRENTE
UNITED STATES ATTORNEY

STEPHEN G. DAMBRUCH
Assistant United States Attorney

MARY E. ROGERS
Assistant United States Attorney
Chief, OCDETF Unit

Dated: 6-1-05