# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF RHODE ISLAND

# CLERK'S MINUTES

**June 7, 2005**

**CR 05-67S**

**TITLE: USA v. GUILLERMO ORNELAS**

**MAGISTRATE JUDGE: David L. Martin**

**COURTROOM CLERK: Martha Saucier**

---

**COUNSEL PRESENT:**

**Government: Stephanie Brown**

**Defendant: Kevin Fitzgerald**

**Probation: Maureen Legault**

**Ct. Interpreter: Ana-Cecilia Rosado**

******************************************************************************

**Arraignment**

**All counsel of record present. Defendant present. Probation present. Court Interpreter present. Court informs defendant of charge. Court enters plea of not guilty on behalf of the defendant. Court enters an arraignment order. Court orders defendant detained.**