UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA

V. Cr. No. 05-67S

GUILLERMO ORNELAS

CLERK'S MINUTES

| | |
|---|---|
| Judge: | Honorable William E. Smith |
| Court Reporter: | Anne Clayton |
| Courtroom Deputy: | Alba-Sue Mercurio |

| | |
|---|---|
| For Government: | Adi Goldstein |
| For Defendant: | Kevin Fitzgerald |
| For Probation: | Kathy Conlon |
| For Interpreter: | A-C Rosado |
| Date: | July 18, 2005 |

CHANGE OF PLEA HEARING: 10:03 a.m. - 10:55 a.m.

Deft. is sworn and waiver is read. Govt. states terms of plea agreement and maximum penalties. Govt. summarizes facts and elements it could prove if case went to trial. Deft. does not agree to facts. Court does not accept plea. Status conference to be scheduled for next week. Deft. to file motion to continue to September trial calendar.