**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR. No. 05-67S** |
| | ) | |
| **GUILLERMO ORNELAS** | ) | |

# MOTION TO CONTINUE JURY EMPANELMENT

Now comes the accused, Guillermo Ornelas, by and through his counsel, and moves this Honorable Court to continue the trial of this matter, currently scheduled for empanelment on August 2, 2005 for thirty (30) days or to the Court's August trial calendar.

As required by the Pretrial Discovery Order: The time requested under this motion should be deemed excludable under the Speedy Trial Act, 18 USC § 3161(h)(8). Counsel for both parties have been diligently engaged in discovery in this matter, and have begun discussions in an attempt to resolve the matter without the need for trial.

The exclusion of a period of thirty (30) days in this matter will allow counsel for the accused to fully research the legal issues, sentencing issues, and discuss a possible plea with the Defendant. Finally, the Government and public will not be prejudiced by the delay, but will be benefitted by the assurance that the criminal justice system is dedicated to fairness for all parties. As such, the interests of justice in allowing this excludable time outweigh the interests of the public and the defendant in a speedy trial.

GUILLERMO ORNELAS
By his Attorney,

______________________________
Kevin J. Fitzgerald
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

<u>CERTIFICATION</u>

I hereby certify that on this 18th day of July 2005, I hand-delivered a true copy of the within motion to Stephen Dambruch, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903.

______________________________

FILED