# UNITED STATES DISTRICT COURT

## DISTRICT OF RHODE ISLAND

## CLERK'S MINUTES

**CASE NUMBER: CR05-67S** **August 23, 2005**

**TITLE: USA V. GUILLERMO ORNELAS**

**DISTRICT JUDGE: WILLIAM E. SMITH**

**COURTROOM CLERK: DOREEN L. BALDINELLI**

**COURT REPORTER: ANNE CLAYTON**

**INTERPRETER: SYLVIA ZETTERSTRAND**

**IN COURT: 2:07 P.M. - 2:27 P.M.**

---

**COUNSEL PRESENT:** **Government -Stephen Dambruch, AUSA**
**Defendant - Kevin Fitzgerald, Esquire**

**RE: Continuation of Change of Plea Hearing**

**Proceedings: All counsel of record present; Defendant present; Government sets forth the facts and the elements of this case and what they could prove if this matter were to go to trial; Defendant agrees to the elements and the facts of this case; Defendant pleas guilty to Count I; Court finds the defendant fully competent and accepts the plea of guilty; Sentencing set for Friday, November 18, 2005 at 9:00 a.m.; Defendant to remain in custody.**