FILED
OCT 19 2005

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **VS.** | ) | **CR 05-00067-01S** |
| | ) | |
| **GUILLERMO ORNELAS** | ) | |

---

**MOTION FOR ENLARGEMENT OF TIME**

Now comes the defendant Guillermo Ornelas and moves this Honorable Court to Order the enlargement of time for the filing of objections to the pre-sentence report. As grounds the defendant states that counsel has been unable to visit the defendant with the court interpreter within the initial ten day period ending October 28. Counsel and the interpreter had scheduled to visit with the defendant on October 18, however the interpreter was unexpectedly needed at a jury empanelment. For this reason the defendant is seeking an enlargement of time from October 28, 2004 to November 4, 2005.

GRANTED
William E. Smith
U.S. District Judge
10/25/05

Respectfully Submitted,
Guillermo Ornelas
by his attorney

Kevin J. Fitzgerald
Assistant Federal Defender
10 Weybosset St., Ste 300
Providence, R.I. 02903
(401) 528-4281

CERTIFICATION

I hereby certify that I caused of copy of this Motion to be delivered to AUSA Stephen G. Dambruch and USPO Heather McLoughlin on this the 19th day of October, 2005.