FILED
NOV 03 2005
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

**UNITED STATES DISTRICT COURT**
**DISTRICT OF RHODE ISLAND**

**UNITED STATES OF AMERICA** )
)
**VS.** ) **CR. No. 05-67S**
)
**GUILLERMO ORNELAS** )

---

## MOTION TO CONTINUE SENTENCING

Now comes the defendant Guillermo Ornelas, by and through his counsel, and moves this Honorable Court to continue the sentencing in this matter to the next available date that is convenient with the Court's calendar. In support of this motion defense counsel states that he is presently scheduled to attend the court-sponsored Advanced Federal Criminal Appellate Practice Seminar being held at the First Circuit on November 18th from 8:45 - 4:30.

Wherefore, the defendant respectfully requests that the sentencing in this matter be continued to the Court's next available date.

GUILLERMO ORNELAS
By his Attorney,

Kevin J. Fitzgerald
Assistant Federal Public Defender
OFFICE OF THE FEDERAL PUBLIC DEFENDER
10 Weybosset Street, Suite 300
Providence, RI 02903
(401) 528-4281

GRANTED
William E. Smith
U.S. District Judge
11/9/05

CERTIFICATION

I hereby certify that on this 3rd day of November 2005, I hand-delivered a true copy of the within motion to Stephen Dambruch, AUSA, Office of the United States Attorney, 50 Kennedy Plaza, 8th Floor, Providence, RI 02903; Kristin Mattias, USPO, Exchange Terrace, Providence, RI 02903.